**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6294**

MICHAEL ALONZA RUFUS,

              Petitioner - Appellant,

         v.

UNITED STATES OF AMERICA,

              Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(6:11-cv-03276-TLW)

Submitted:  June 7, 2012                 Decided:  August 1, 2012

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Alonza Rufus, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition seeking to challenge his federal convictions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rufus v. United States, No. 6:11-cv-03276-TLW (D.S.C. Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED